**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1185

BRUCE L. HOFFMAN,

Plaintiff - Appellant,

versus

ROBIN C. AUBE-WARREN; JAMES HICKEY; UNITED
STATES OF AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Lacy H. Thornburg, District Judge. (CA-96-307-1)

Submitted: July 8, 1999          Decided: July 14, 1999

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Bruce L. Hoffman, Appellant Pro Se. Clifford Carson Marshall, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Bruce L. Hoffman appeals the district court's order dismissing his civil action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Hoffman v. Aube-Warren, No. CA-96-307-1 (W.D.N.C. Dec. 8, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2